■ In the Matter of the INTERMEDIATE ACCOUNTING OF MARINE MIDLAND BANK—ROCHESTER, as Cotrustee. LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, Appellant; RICHARD V. DOW et al., Respondents.—Decree unanimously affirmed, with costs, on the opinion at

Surrogate's Court, Telesca, S. (Appeal from decree of Monroe Surrogate's Court—attorneys fees.) Present—Moule, J. P., Cardamone, Simons, Dillon and Hancock, Jr., JJ.